# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH SCIARRINO, et al.**,<br><br>        Plaintiffs,<br><br>        *v.*<br><br>**STATE FARM FIRE AND CASUALTY COMPANY,**<br><br>        Defendant. | **CIVIL ACTION**<br><br><br>**NO. 2:20-cv-2930-KSM** |

## ORDER

**AND NOW** this 4th day of August, 2020, upon consideration of the Plaintiffs' Motion for Remand (Doc. No. 6), the Defendant's response brief (Doc. No. 8), the Defendant's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) (Doc. No. 3), and the Defendant's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) and Motion to Strike Pursuant to 12(f) (Doc. No. 10), it is **ORDERED** as follows:

1.      The Plaintiffs' Motion for Remand (Doc. No. 6) is **GRANTED.**

2.      The Defendant's motions to dismiss (Doc. Nos. 3 & 10) are **DENIED AS MOOT.**

3.      This  case shall be **REMANDED** to the state court from which it was removed. The clerk of court shall mark the matter as **CLOSED** and **REMANDED.**

**IT IS SO ORDERED.**

**/s/KAREN SPENCER MARSTON**
_____
KAREN SPENCER MARSTON, J.